UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARCELA ALEGRIA                                    CIVIL ACTION

VERSUS                                             NO.  10-1101

RICHARD OWEN, et al.                               SECTION  "N"  (5)

### ORDER AND REASONS

Before the Court are the following two cross motions: (1) Defendants' "Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Alternative Motion for Summary Judgment" (Rec. Doc. 6); and (2) Plaintiff's Cross Motion (Rec. Doc. 22). Both of these motions are opposed. After considering the memoranda filed by the parties, the numerous exhibits attached thereto[1], and the applicable law,

**IT IS ORDERED** that (1) **Defendants' "Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and Alternative Motion for Summary Judgment" (Rec. Doc. 6);** and (2) **Plaintiff's Cross Motion (Rec. Doc. 22)** are both **DENIED**. While the undersigned is in agreement with Plaintiff's recitation of the law

---

[1] Because the Court has considered extrinsic evidence outside of the pleadings, these motions are determined on a Rule 56 summary judgment standard, as opposed to a Rule 12 motion to dismiss standard.

relating the Fair Housing Act ("FHA") which, at this early stage[2], seems to support Plaintiff's position when applied to the facts of this case, the Court is unwilling to decide this case on the briefs at this juncture. There exist some credibility issues with regard to those involved that may affect the ultimate decision, and which cannot be ascertained "on the briefs". There seem to be material issues of fact as to who said what, and with whose authorization. Further, even though these motions purport to be motions to dismiss this case in its entirety (i.e., they are not styled as motions for "partial" dismissal), neither the state law claims nor any damage issues are addressed herein. For all of these reasons, the undersigned declines to dispose of this case on the submitted briefs at this time.

    New Orleans, Louisiana, this 17th day of February, 2011.

                                      _____
                                        KURT D. ENGELHARDT
                                        United States District Judge

---

[2] This case has not yet been set for trial.